UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAVERN CHARLES FASTHORSE, et al., | Case No. 2:16-CV-2277 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| STATE OF NEVADA, et al., | |
| Defendant(s). | |

Petitioner and pretrial detainee Lavern Fasthorse has submitted a pleading, entitled "permanent injunction," challenging "the Building of a Raiders Stadium without the Permission of the Sovereign [*sic*]," but he has not paid the filing fee or submitted an application to proceed *in forma pauperis* with supporting documentation.  *See* LSR 1-1, 1-2.  Accordingly, this action will be dismissed without prejudice to petitioner's ability to bring a new action.

Petitioner is instructed that if he wishes to bring a new action, he must pay the filing fee in full or submit a completed application to proceed *in forma pauperis*.

Accordingly,

IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE.  The clerk shall send petitioner a blank application to proceed *in forma pauperis* and close the case.

DATED September 30, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**